Bay State Gas
PO Box 742514
Cincinnati, OH 45274

NSTAR
PO Box 4508
Woburn, MA 01888

Comcast
PO Box 1577
Newark, NJ 07101

South Shore Internal Medicine
100 Highland St Suite 300
Milton, MA 02186

Quest Technologies
c/o BHR
141 Burke St
Nashua, NH 03060

Direct TV
c/o First National Collections.
610 Waltham Way
Sparks, NV 08934

JP Morgan Chase
c/o Synergenic Communications Inc
5450   N.W Central
Huston, TX 77092

Ford Motor Credit
Plymouth Third Division
Russell St
Plymouth, Ma 02360

Chrysler Financial
5052 Crooks Rd suite 140
Troy, MI 48098

Hospital Billing and Collection
118 Lukens Dr
New Castle, DE 19720

Harbor Medical Associates
c/o Peter Roberts & Associates
231 E Main St Suite 2A
Milford, Ma 01757

Radiology Associates of Norwood
c/o/Peter Roberts & Associates
231 E Main St Suite 2A
Milford, Ma 01757

Verizon Technologies
500 Technology Dr
Weldon Springs, Mo 63304


Ford Motor Credit
PO Box 542000
Omaha, NE 68154

Internal Revenue Service
P.O.Box 480
Hottsville, NY 11742-0480


BY The Yard Landscaping Inc
22 Talbot Dr
Norton, Ma 02766

Channel View condominium Trust
C/o Gilman, Mc Laughlin & Monohan
PO Box 9601
Boston, Ma 02114

## CREDITOR MATRIX SHEETS

LBM Financial, LLC
171 Locke Drive
Marlborough, MA 01752

Patricia Kelly
c/o Philip Slotnick
6 Huron St
Natick, Ma 01760

Premier Realty, LLC
499 Route 6A
East Sandwich, MA 02537

John Phillips Trustee
Stuart Family Trust c/o
Lenord Frisoli
43 Thorndike St
Cambridge, MA 03820

Raymond & Gail Lopes
c/o Wilkins & DeYoung
270 Winter St
Hyannis, MA 02601

Radiology Associates of Norwood
c/o Peter Roberts Associates.
231 E Main St suite 201
Milford, MA 01757

PMR Realty Trust
c/o Ronald M. Pearson
21 A Highland Circle, Ste 200
Needham, MA 02760

Joesph Fergus
18 Ruthven St
Roxbury, MA 02135

CBCS - BAYSTATE GAS
P.O. BOX 69
COLUMBUS, OH. 43216
ACCT # 586643003


AFNI- CREDITOR- FAIRPOINT
404 BROCK DRIVE
BLOOMINGTON, IL. 61702-3517
AFNI ACCT # 021896060-01

SOUTH SHORE RADIOLOGICAL ASSIC
P.O. BOX 1079
LEWISTON, ME. 04243-1079
ACCT #06116499

ORTHOPEDIC REHAB ASSOC
300 OAK STREET
PEMBROKE, MA. 02359


HBCS - SOUTH SHORE HOSPITAL
2424 NORTHGATE DRIVE SUITE 100
SALISBURY, MD. 21801
ACCT #V06170233438


ARTISTIC DENTISTRY
125 WEBSTER STREET
HANOVER, MA.
ACCT # 93660

CREDIT BUREAU OF PLYMOUTH NH INC - FRED FULLER OIL
P.O. BOX 22
PLYMOUTH, NH. 03264


ACCOUNTS RECEIVABLE MANAGEMENT-
AMERICREDIT -ARM ACCT # 12869371
P.O. BOX 129
THOROFARE, NJ 08086-0129


PETER ROBERTS AND ASSOC-
FAULKNER RADIOLOGY   ACCT #95846
231 E MAIN ST
MILFORD MA 01757-2821


FIRST SOUUCE HEALTHCARE ADVANTAGE INC
FAULKNER HOSPITAL- CLIENT ACCT-23503579
10 TARA BLVD SUITE 410
NASHUA NH 03062

PETER ROBERTS AND ASSOC -
SOUTH SHORE RADIOLOGICAL ASSO
ACCT# 3415868
231 E MAIN ST
MILFORD MA 01757-2821


ASG, ACCOUNTS SOLUTIONS GROUP
CAPITAL ONE   ACCT # 5291492255117232
205 BRYANT WOODS SOUTH
AMHERST NY 14228


NCO FINANCIAL SYSTEMS INC
CAPITAL ONE   ACCT#5291072412201044
507 PRUDENTIAL RD
HORSHAM PA 19044


GARY KREPPEL PC
1661 WORCESTER RD SUITE 401
CAPITAL ONE  ACCT # 5291492255117232
FRAMINGHAM  MA  01701


I.C. SYSTEMS INC.
VERIZON WIRELESS INC
ACCT # X4802160-VN-ST510-999
444 HIGHWAY 96  EAST
PO BOX  64437
ST PAUL, MN.   551640437


ER SOLUTIONS
HOUSEHOLD FINANCE
ACCT# 5171500569434
800 SW 39TH STREET
PO BOX  9004
RENTON WA    980


HBCS  /  SOUTH SHORE HOSPITAL
ACCT#  V0616206707
701 EDGEWATER DRIVE  SUITE 250
WAKEFIELD, MA 01880


CBCS     VERIZON WIRELESS
ACCT#  0068068150242200001

PO BOX  69
COLUMBUS OH   43216


CHARLES F FOSTER PC
SOUTH SHORE HOSPITAL
ACCT# 000000003444578
1445 MAIN STREET
PO BOX 679
TEWKSBURY, MA. 01876


HBCS    SOUTH SHORE HOSPITAL
ACCT#  V06164236926
701 EDGEWATER DRIVE
WAKEFIELD  MA 01880


NCO   CAPITAL ONE    ACCT#  IRV403
507 PRUDENTIAL RD
HORSHAM, PA. 19044


CBCS   BAYSTATE GAS
ACCT # 0363712442    CBCS ACCT# 773443006
PO BOX  69
COLUMBUS OH   43216


M.R.S. SERVICE    CAPITAL ONE
MRS ACCT # 11949114    CLIENT 365158211
5230 WASHINGTON STREET
WEST ROXBURY, MA.  02131


A.F.N.I. INC   VERIZON NEW ENGLAND INC
CREDITOR ACCT# 6032533099168043
404 BROCK DRIVE
PO BOX 3517
BLOOMINGTON, IL. 61702-3517


HOUSEHOLD FINANCE
ACCT# 52171500569434
PO BOX  1259       DEPT 11196
OAKS, PA. 19456

NORTHEAST CREDIT SERVICES
NEW HAMPSHIRE ELECTRIC
ACCT# 5392130011
41 SIMON STREET
PO BOX 6
NASHUA, NH. 03063-6539


CBCS     VERIZON WIRELESS
ACCT# 0068068150242200001
PO BOX 69
COLUBUS OH 43216


PROFESSIONAL CREDIT SERVICES
REF ACCT # 77E0681502422001
PO BOX 397
FARMINGDALE, NY 11735-0397